RECEIVED

Page 2

JAN 31 2022

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Western Tennessee |
|---|---|
| Name (under which you were convicted): Randy Tyrice Fitts | Docket or Case No.: 1:19-CR-10097 |
| Place of Confinement: FSL Jesup, Jesup, GA, | Prisoner No.: 19868-033 |
| UNITED STATES OF AMERICA  v.  RANDY TYRICE FITTS | Movant (include name under which you were convicted) |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   U.S. District Court Western District of Tennessee Eastern Division
   262 U.S. Courthouse 11 S. Highland Ave
   Jackson, TN, 38301
   (b) Criminal docket or case number (if you know): 1:19-CR-10097

2. (a) Date of the judgment of conviction (if you know): December 2021

   (b) Date of sentencing: May 5, 2021

3. Length of sentence: Sixty six (66) months

4. Nature of crime (all counts): violation of 21 U.S.C. §841 (a) (1), and 18 U.S.C. §924 (c) (1) (A) (i)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Plead guilty to both accounts.

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8.  Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9.  If you did appeal, answer the following:
    (a) Name of court: __NA__
    (b) Docket or case number (if you know): __NA__
    (c) Result: __NA__
    (d) Date of result (if you know): __NA__
    (e) Citation to the case (if you know): __NA__
    (f) Grounds raised: __NA__

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): __NA__
        (2) Result: __NA__

        (3) Date of result (if you know): __NA__
        (4) Citation to the case (if you know): __NA__
        (5) Grounds raised: __NA__

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __NA__
        (2) Docket or case number (if you know): __NA__
        (3) Date of filing (if you know): __NA__

    (4) Nature of the proceeding: __NA__

    (5) Grounds raised: __NA__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☒

    (7) Result: __NA__

    (8) Date of result (if you know): __NA__

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: __NA__

    (2) Docket or case number (if you know): __NA__

    (3) Date of filing (if you know): __NA__

    (4) Nature of the proceeding: __NA__

    (5) Grounds raised: __NA__

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?  Yes ☐  No ☒

    (7) Result: __NA__

    (8) Date of result (if you know): __NA__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:  Yes ☐  No ☒

    (2) Second petition:  Yes ☐  No ☒

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __NA__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Ineffective assistance of counsel for failure to timely file a motion to suppress for tampering with affidavit to search warrant.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel filed a motion to suppress on January 3, 2020. She filed a supplemental motion to suppress on August 25, 2020 for tampering with the affidavit. Though Judge Breen acknowledged the affidavit had been tampered with in his order denying the supplemental motion he denied the motion for being filed untimely. (Supported By the record).

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __NA__

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __NA__

Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA

Docket or case number (if you know): NA

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available): NA

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: NA

GROUND TWO: Due process violation from prosecutorial misconduct allowing falsified evidence to go uncorrected.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

When counsel brought it to the attention of the courts that the affidavit to the search warrant had been tampered with it was apparent that the affidavit presented was tampered with (as expressed by Judge Breen in his order denying the motion to suppress) and as a officer of the court the prosecutor had a duty to correct the presentation of the affidavit that had been tampered with. (Supported by the record).

Page 7

_____
_____

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: __NA_____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: __NA_____

   Name and location of the court where the motion or petition was filed: __NA_____

   Docket or case number (if you know): __NA_____

   Date of the court's decision: __NA_____

   Result (attach a copy of the court's opinion or order, if available): __NA_____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☒

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: __NA_____

   Docket or case number (if you know): __NA_____

   Date of the court's decision: __NA_____

   Result (attach a copy of the court's opinion or order, if available): __NA_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __NA__

GROUND THREE: Movant asserts that he has been acquitted of these charges and is prohibited from being prosecuted by autrefois acquit

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Movant was indicted in the state of Tennessee for violation of T.C.A §39-17-417 (a) (4) which is precisely the same as the federal charge 21 U.S.C. § 841 (a) (1). T.C.A. 39-17-1324(a) which is precisely the same as 18 U.S.C. §924 (c)(1)(A)(i) and T.C.A. 39-17-1307 (b)(1) which is precisely the same as 18 U.S.C. §922(g)(1)

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __NA__

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __NA__

Name and location of the court where the motion or petition was filed: __NA__

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Page 9

Result (attach a copy of the court's opinion or order, if available): __NA__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❑   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❑   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __NA__

Docket or case number (if you know): __NA__

Date of the court's decision: __NA__

Result (attach a copy of the court's opinion or order, if available): __NA__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __NA__

**GROUND FOUR:** __NA__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❏ No ❏

   (2) If you did not raise this issue in your direct appeal, explain why: __NA_____

_____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❏ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: __NA_____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❏ No ❏

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❏ No ❏

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❏ No ❏

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: __NA_____

_____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

Case 1:22-cv-01021-JDB-jay   Document 1   Filed 01/31/22   Page 10 of 13
PageID 10

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __NA__

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __Grounds 1,2 and 3 have not been presented to any federal court because this is my only appeal.__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. __NA__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: __LaRonda Martin Assistant Federal Defender 109 South Highland Suite 105 Jackson Tennessee 38301__

    (b) At arraignment and plea: __"__

    (c) At trial: __NA__

    (d) At sentencing: __"__

Page 12

(e) On appeal: __NA__

(f) In any post-conviction proceeding: __NA__

(g) On appeal from any ruling against you in a post-conviction proceeding: __NA__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: __NA__

    (b) Give the date the other sentence was imposed: __NA__
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*<u>Movant, was final sentenced May 5, 2021, so he is within his one year of statute of limitations.</u>

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

That movant sentence be vacated, and giving a Franks hearing or given an evidentiary hearing with the assistance of counsel to further articulate his claims.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on

January 26, 2022 _____ (month, date, year).

Executed (signed) on _January 24, 2022_ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____
_____